# FORM 5
# UNITED STATES COURT OF INTERNATIONAL TRADE
## INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

| PLAINTIFF: **GA MODEFINE** | PRECEDENCE |
|---|---|
| ATTORNEY *(Name, Address, Telephone No.):* **Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP 399 Park Avenue, 25th Floor New York, NY 10022 Tel:  (212) 557-4000** | If the action is to be given precedence under Rule 3(g), indicate the applicable paragraph of that section:  [ ] (1)   [ ] (3)   [ ] (5)   [ ] (2)   [ ] (4) |

### J U R I S D I C T I O N

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

[X] Appraisal          [ ] Classification          [ ] Charges or Exactions
[ ] Exclusion          [ ] Liquidation             [ ] Drawback
[ ] Refusal to Reliquidate     [ ] Rate of Duty     [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 -  19 U.S.C. § 1516**
[ ] Appraisal          [ ] Classification          [ ] Rate of Duty

**28 U.S.C. § 1581(c) -  Tariff Act of 1930, Section 516A(a) (1), (a) (2) or (a) (3) -  19 U.S.C.  § 1516a**
*(Provide a brief description of the administrative determination you are contesting, including the relevant **Federal Register** citation(s) and the product(s) involved in the determination. For Section 516A(a) (1) or (a) (2), cite the specific subparagraph and clause of the section.)*

Subparagraph and Clause _____   Agency _____

*Federal Register* Cite(s) _____

Product(s) _____ _____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§  2273,  2341,  2371**

  [ ] U.S. Secretary of Labor          [ ] U.S. Secretary of Commerce

**28 U.S.C. § 1581(e)** - **Trade Agreements Act of 1979, Section 305(b) (1) -  19 U.S.C. § 2515**
*(Provide a brief statement of the final determination to be reviewed.)*

**28 U.S.C. § 1581(f)** - **Tariff Act of 1930, Section 777(c) (2) - 19 U.S.C. § 1677f(c) (2)**

Agency:  [ ] U.S. International Trade Commission       [ ] Administering Authority

| **28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499** | | | |
|---|---|---|---|
| [ ] Sec. 641(b) (2) | [ ] Sec. 641(b) (3) | [ ] Sec. 641(c) (1) | [ ] Sec. 641(b) (5) |
| [ ] Sec. 641(c) (2) | [ ] Sec. 641(d) (2) (B) | [ ] Sec. 499(b) | |

Page 2

### J U R I S D I C T I O N
(Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**

| | | |
|---|---|---|
| [ ] Classification | [ ] Valuation | [ ] Restricted Merchandise |
| [ ] Rate of Duty | [ ] Marking | [ ] Entry Requirements |
| [ ] Drawbacks | [ ] Vessel Repairs | [ ] Other: _____ |

_____

**28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)*

**28 U.S.C. § 1582 - Actions Commenced by the United States**

[ ] (1)  Recover civil penalty under Tariff Act of 1930:

    [ ] Sec. 592      [ ] Sec. 593A      [ ] Sec. 641(b) (6)

    [ ] Sec 641(d) (2) (A)      [ ] Sec. 704(i) (2)      [ ] Sec. 734(i) (2)

[ ] (2)  Recover upon a bond

[ ] (3)  Recover customs duties

### R E L A T E D   C A S E ( S )

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ ] Decided: | | | |
| [X] Pending: | 05-00443 | Trimil S.A | Not assigned |

(Attach additional sheets, if necessary)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000.)

2

415881_1